# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK DEANTONIO, | |
| Plaintiff, | NO. 3:18-CV-1571 |
| v. | (JUDGE CAPUTO) |
| ARTHREX, INC., | |
| Defendant. | |

## **ORDER**

**NOW**, this 22nd day of August, 2018, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge